**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK L. DAVIS,                                   No. C 13-1631 SI (pr)

    Petitioner,                                  **JUDGMENT**

  v.

KEVIN CHAPPELL, warden,

    Respondent.
_____/

    The petition for writ of habeas corpus is dismissed because it was not filed before the expiration of the habeas statute of limitations period.

    IT IS SO ORDERED AND ADJUDGED.

DATED: March 6, 2014

                                                          SUSAN ILLSTON
                                           United States District Judge